# DEPARTMENT OF HOMELAND SECURITY
## U.S. Coast Guard
## PORT STATE CONTROL REPORT OF INSPECTION - FORM A*

MISLE Activity Number: **6894422**

Exam Type: **PSC B / ISPS**

In accordance with the IMO's Procedures for Port State Control and the International Ship & Port Facility Security (ISPS) Code

| | |
|---|---|
| 1. Reporting Country: United States of America | 2. Name of Ship: **EVOLUTION** |

| | | |
|---|---|---|
| 3. Flag of Ship: **Liberia** | 4. Ship Type Code: **40** | 5. Call Sign: **D5HM9** |
| 6. IMO Number: **9122899** | 7. Gross Tonnage: **14,743** | 8. Deadweight: |

| | | |
|---|---|---|
| 9. Yr. of Build: **1995** | 10. Date of Inspection: **31JAN2020** | 11. Place of Inspection: **Charleston, SC** |

| 12. Classification Society | 13. Detention Info **  a) Date/Time Imposed: |
|---|---|
| **Nippon Kaiji Kyokai** | b) Date/Time Released: **N/A** |

14. Ship Management Information (include address):
**BETA MARITIME CORP**
**57 Akti Miaouli 6th Floor**
**185 36 Piraeus, Greece**

Charterer:

ISM DOC Company w/IMO Company #:
**BETA MARITIME CORP / 5823263**

Owner w/IMO Company #:
**Smooth Navigation S.A. / 5823032**

Operator w/IMO Company #:
**BETA MARITIME CORP / 5823263**

Relevant Certificates/Documents**:

| a) Name | b) Issuing Authority | c) Date of Issue and Expiry |
|---|---|---|
| 1) | | |
| 2) | | |
| 3) | | |
| 4) | | |

d) Information on last intermediate or annual survey/audit **

| Date | Surveying/Auditing Authority | Place |
|---|---|---|
| 1) | | |
| 2) | | |
| 3) | | |
| 4) | | |

Check all applicable for 16-19 below:

16. Deficiencies Identified: ☐ No  ☒ Yes (If yes see Form B (CG-5437B))

17. Major Control Action: ☒ No  ☐ Detention  ☐ Expulsion  ☐ Denial of Entry:  For ☐ Safety  ☐ Security

18. Priority: ☐ PI  ☐ PII  **PSC B**  ☐ NPV  ☐ ISPS I  ☒ ISPS II  ☐ ISPS III

19. Drills Conducted? ☒ No  ☐ Fire Drill  ☐ Abandon Ship Drill  ☐ ISPS/Security Related Drill

Copy provided to: **ALLAHAWANI KHADER**
(Printed name of Master/Vessel representative)   Signature:

Name of PSCO: **Cesar E. Santaana**
(Printed name of duly authorized PSCO of reporting authority)   Signature:

Issuing Unit Name and Address:
**Commander**
**USCG Sector Charleston**
**1050 Register St.**
**North Charleston, SC 29405**
**843-740-3186**
**SECCHASPSC@USCG.MIL**

Copies forwarded to: Check as appropriate
☐ Agent  ☐ Ship Management
☐ Flag State  ☐ Recognized Organization
☐ Recognized Security Organization

Reviewed by Supervisor
Name:
Date:

* This inspection report has been issued solely for the purposes of informing the master and other port States that an inspection by the USCG has taken place. This inspection report shall not be construed as a seaworthiness certificate in excess of certificates the ship is required to carry
** To be completed in the event of a detention

CG-5437A (02/16)  Stock No. CG7530-01-GF9-0003

**Vessel Copy**

---

**Exhibit 1**

DEPARTMENT OF HOMELAND SECURITY
U.S. Coast Guard
**PORT STATE CONTROL REPORT OF INSPECTION—FORM B**

MISLE Activity Number: 6894422

Exam Type: PSC B / ISPS

In accordance with IMO Port State Control Procedures and the International Ship & Port Facility Security (ISPS) Code

1. Reporting Country  United States of America
2. Name of Ship  EVOLUTION
3. IMO Number  9122899
4. Date of Inspection  31 JAN 2020    Place of Inspection  Charleston, SC
6. Nature of Discrepancy

| No | Code | Description | Cite (Convention) | (Action Taken)[2] |
|---|---|---|---|---|
| 01 | 07105 | Doors required to be self-closing shall not be fitted with hold-back hooks. Door leading to the bridge and the two doors in the galley were fitted with hold-back hooks posing as a fire and smoke hazard to the ship and crew. | 74 SOLAS (1997 Ed.) CH. II-2 / Reg. 47.2 | 40 ac |
| 02 | 07108 | Where "A" class divisions are penetrated for the passage of electric cables, pipes, trunks, ducts, etc, arrangements shall be made to ensure that the fire resistance is not impaired. 02 penetrations within main vertical zone for electric cables found not sealed properly thus impairing fire resistance. Doors also observed not self-closing | 74 SOLAS (1997 Ed.) CH. II-2 / Reg. 18.1.1 | 40 ac |
| 03 | | After any survey of the ship under regulation 10 has been completed, no change shall be made in the structural arrangements, machinery, equipment and other items covered by the survey, without the sanction of the Administration. 02 doors in galley storage area found with frozen emergency escape mechanism. | 74 SOLAS (2014 Ed.) CH. I / 11 | 40 ac |

Copy Provided to:  ALLAHAWANI KHADER
(Printed name of Master/Vessel representative)    Signature:

Name of PSCO:  Cesar E. Santacana
(Printed name of duly authorized PSCO or reporting authority)    Signature:

Issuing Unit Name and Address:

Copies forwarded to:  Check as appropriate
☐ Agent    ☐ Ship Management
☐ Flag State    ☐ Recognized Organization
☐ Recognized Security Organization

Reviewed by Supervisor
Name:
Date:

[1] This inspection was not a full survey and deficiencies listed may not be exhaustive. In the event of a detention, it is recommended that a full survey is carried out and all deficiencies are rectified before an application for re-inspection is made.

[2] Codes are for action taken, see below. (Note, code numbers are derived from international harmonization. U.S. uses similar codes and these are reflected below.)

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | Deficiency Rectified | 17 | Rectify deficiencies prior to departure | 20 | Ship expelled | |
| 15 | Rectify deficiencies by next port | 60 | Rectify deficiencies prior to movement | 25 | Ship denied entry | |
| 16 | Rectify deficiencies within 14 days | 40 | Rectify deficiencies prior to next U.S. port after sailing foreign | a | To the satisfaction of RO/RSO | |
| 50 | Rectify deficiencies within 30 days | 30 | Ship detained | b | To the satisfaction of the Administration | |
| | | | | c | To the satisfaction of the U.S. Coast Guard | |

CG-5437B(02/16)    Stock No: CG7530-01-GF9-0004

**Exhibit 1**