UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
In Admiralty

|  |  |
|---|---|
| Carl Schröter GmbH & Co., KG, </br></br>Plaintiff, </br></br>v. </br></br>Smooth Navigation S.A., </br></br>Defendant | C.A. No. 2:20-cv-334-RMG </br></br>**AMENDED ORDER FOR DISBURSEMENTS** |

Before the Court is a motion for an amended order of disbursement of broker's fees and advertising expenses to CW Kellock & Co. Ltd., and of wages to Khader I. Allahawani *et al.*, officers and crew aboard the M/V EVOLUTION ("The Crew"), both sought in accordance with the Court's Amended Order for Interlocutory Sale. (Dkt. No. 86.)[1]

The parties consent to these amended disbursements. The sale of the vessel M/V EVOLUTION was confirmed on May 26, 2020 and proceeds of the sale in the amount of $1,340,000.00 USD have been paid into the district court registry. The motion (Dkt. No. 86) is therefore **GRANTED** and:

It is **ORDERED** that the Clerk of Court shall disburse the sum of $32,090.16 to CW Kellock & Co. Ltd., representing $26,800.00 in broker's fees and $5,290.16 in advertising

---

[1] The Court previously granted the parties' consent motion for disbursement. (Dkt. Nos. 84, 85.). The parties now seek an amended order so as to address a mathematical error in that motion.

expenses, by delivering a check in that amount to counsel for the Plaintiff, who shall cause the same to be delivered to the payee.

It is further **ORDERED** that the Clerk of Court shall disburse the sum of $371,841.91 to The Crew by delivering a check in that amount, made payable to Hines Law LLC FBO "The Crew," to Hines Law LLC, counsel for The Crew. This payment shall resolve all claims against the sale proceeds for crew wages, whether based on a maritime lien or claimed as *custodia legis* expenses; it shall not resolve any claim for repatriation expenses.

**AND IT IS SO ORDERED.**

_____
Richard Mark Gergel
United States District Judge

June 8, 2020
Charleston, South Carolina