**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY**

Carl Schröter GmbH & Co. KG,

        Plaintiff,

vs.

Smooth Navigation S.A.,

        Defendant.

Case No. 2:20-cv-334-RMG

---

Praxis Energy Agents LLC,

        Intervenor Plaintiff,

vs.

M/V EVOLUTION, IMO No. 9122899, her engines, freights, apparel, appurtenances, tackle, etc., *in rem*, Smooth Navigation S.A., and Beta Maritime Corporation, *in personam*,

        Defendants.

### INTERVENOR PLAINTIFF PRAXIS ENERGY AGENTS LLC'S MOTION FOR PAYMENT OF *CUSTODIA LEGIS* COSTS FROM VESSEL SALE PROCEEDS

**COMES NOW**, Intervenor Plaintiff, Praxis Energy Agents LLC (hereinafter "Intervenor Plaintiff" or "PRAXIS"), by and through its undersigned counsel, and files this Motion for Payment of Custodia Legis expenses from the Sale Proceeds of the interlocutory sale of the M/V EVOLUTION ("Vessel"). PRAXIS paid the sum of $59,719.81 for bunker fuel supplied to the Vessel to preserve and take care of the Vessel while she was under attachment and arrest by this Court.

1

2

It is well-settled under admiralty law that services, property, or necessaries which are advanced to preserve and maintain a vessel while under seizure by the Court and furnished upon the authority of the Court or by an officer of the Court acting within its authority (Court appointed substitute custodian), should be allowed as *custodia legis* expenses and paid as a priority from the proceeds of an interlocutory sale of the Vessel.  In support of the present motion, PRAXIS submits herewith the memorandum of law in support, the declaration of the substitute custodian James Lucas, and the declaration of the authorized representative of PRAXIS, Theodosios Kyriazis and accompanying exhibits thereto.  PRAXIS respectfully requests this Court enter an order for Intervenor Plaintiff to be reimbursed the sum of $59,719.81 from the proceeds of the interlocutory sale of the Vessel.

DATED:  October 6, 2020                    Respectfully Submitted,

                                                CHALOS & CO, P.C.

By: /s/Briton P. Sparkman_____
BRITON P. SPARKMAN, ESQUIRE
   *Admitted Pro Hac Vice*
   bsparkman@chaloslaw.com
   55 Hamilton Avenue
   Oyster Bay, NY 11771
   Tel: (516) 714-4300
   Fax: (516) 750-9051

-and-

COOPER & BILBREY, P.C.

By: /s/John Hughes Cooper_____
JOHN HUGHES COOPER, ESQUIRE
   Federal Court ID 298
   South Carolina Bar 1387
   State Bar of Georgia 185986
   shiplaw@jhcooper.com
JOHN TOWNSEND COOPER, ESQUIRE
   Federal Court ID 10172
   South Carolina Bar 76087
   jtc@jhcooper.com

2

3

          ALBERT GLEN BILBREY, JR., ESQUIRE
             Federal Court ID 12938
             South Carolina Bar 103799
             agbilbrey@jhcooper.com
             1476 Ben Sawyer Blvd., Suite 11
             Mt. Pleasant, SC 29464
             843-883-9099; fax 843-883-9335

*Attorneys for Intervenor Plaintiff*