# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION
# IN ADMIRALTY

Carl Schröter GmbH & Co. KG,

        Plaintiff,

vs.

Smooth Navigation S.A.,

        Defendant.

Case No. 2:20-cv-334-RMG

**DECLARATION OF THEODOSIOS KYRIAZIS**

---

Praxis Energy Agents LLC,

        Intervening Plaintiff,

vs.

M/V EVOLUTION, IMO No. 9122899, her engines, freights, apparel, appurtenances, tackle, etc., *in rem*, Smooth Navigation S.A., and Beta Maritime Corporation, *in personam*,

        Defendants.

---

Pursuant to 28 U.S.C. § 1746 I, Theodosios Kyriazis, hereby declare under penalty of perjury:

1. I am a representative of Intervenor Plaintiff Praxis Energy Agents LLC ("PRAXIS") and authorized to act on the company's behalf.

2. James D. Lucas Co., LLC ("JDL") served as substitute custodian of the M/V EVOLUTION (hereinafter the "Vessel"), pursuant to an Order issued by District Judge Richard M. Gergel for the period of approximately January 31, 2020 to May 26, 2020.

3. On or about April 22, 2020, while the Vessel was under attachment and arrest, PRAXIS arranged for the delivery of bunker fuel to the Vessel on the request of the substitute custodian, JDL.

4. Praxis arranged for bunker fuel to be provided to the Vessel through a local supplier, Minerva Bunkering (USA) LLC (hereinafter "Minerva").

5. Minerva delivered 64.310 mt of low sulphur MGO 0.1 bunker fuel to the Vessel at the Charleston Commercial Anchorage. A true and correct copy of the Bunker Delivery Receipt signed for by the Vessel's Chief Engineer confirming the delivery is attached hereto as **Exhibit 1**.

6. The total charges for the bunker supply were $59,719.81, which consisted of $8,380.62 for the barging fee to deliver the fuel to the Vessel in Charleston Harbor and $51,319.38 for the 64.310 metric tons of low sulphur marine gas oil. A true and correct copy of the Minerva Invoice is attached hereto as **Exhibit 2**

7. On or about May 21, 2020, PRAXIS arranged for and paid the Minerva invoice for the supply of bunkers to the M/V EVOLUTION by wire transfer. A true and correct copy of the payment is attached hereto as **Exhibit 3**.

8. PRAXIS supplied the bunker fuel to the Vessel at the direction and request of the substitute custodian, JDL, for the maintenance and preservation of the Vessel for the benefit of all parties and creditors. Accordingly, PRAXIS respectfully requests that the total amount of $59,719.81 be approved as a *custodia legis* expense and paid as a priority claim from the funds currently held in the Court Registry.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: October __, 2020          Praxis Energy Agents, LLC

_____
By: **Theodosios Kyriazis**



**EXHIBIT 1**

**MINERVA BUNKERING (USA) LLC**
52 Vanderbilt Avenue, Suite 1405
New York, NY 10017 USA

| Bunker Delivery Receipt | | Bunker Order No. | ICTS_4719514 |
|---|---|---|---|
| Vessel Name: M/V EVOLUTION | Barge Name: B30 | | Date of Delivery: 04/22/20 |
| Vessel IMO Number: 9122899 | Loading Point: Kinder Morgan Shipyard F | | Delivery Point: Charleston Commercial Anchorage |

| PRODUCT ANALYSIS: | | PRODUCT INFORMATION | QUANTITY | | |
|---|---|---|---|---|---|
| | | Grade Supplied | Gross Barrels | Net Barrels | Metric Tons |
| Density @15C: | 0.8437 | MGO LS | 481.42 | 479.93 | 64.310 |
| Viscosity CST @50C: | 2.2 | | | | |
| Sulfur % m / m: | 0.002 | | | | |
| Flast Point: | 143 | | | | |

| Fuel Grades | Sample (1) - (Vessel) | Sample (2) - (Vessel) | Sample (3) (Minerva) | Sample (4) (Minerva) |
|---|---|---|---|---|
| MGO LS | 345340 | 345339 | 345338 | 345337 |

| DELIVERY INFORMATION | MONTH/DAY/YEAR | TIME | GAUGES WITNESSED BY SHIPS REPRESENTATIVE | | |
|---|---|---|---|---|---|
| Barge Alongside | 04/22/20 | 09:10 | Before ☐ | After ☐ | Declined ☑ |
| Hose Connected | 04/22/20 | 09:55 | SAMPLES GIVEN TO CUSTOMER | | |
| Started Pumping | 04/22/20 | 10:05 | Yes ☑ | | No ☐ |
| Finished Pumping | 04/22/20 | 10:40 | Minerva Representative (Delivery Company) | | |
| Hose Disconnected | 04/22/2020 | 1055 | Date: 04/22/20 | | Time: 10:43 |

The marine fuel described herein is delivered in accordance with the applicable terms and conditions of sale (a copy of which Buyer acknowledges be bas received prior to delivery) and on credit of the Owner and/or Operators and/or Charterers of the vessel. Any disclaimer as to the creation of a maritime lien or restrictions as to the authority oftbe ship's officer signing the Receipt to bind the vessel and her Owner shall be null and void unless expressly agreed by the Selle.- prior to the delivery commencing.

Buyer is advised that Safety Data Sheets for the material(s) supplied can be provided upon request, and are available online at http://www.mercuria.com/our-values/health-safety-and-enviroment

DECLARATION: The marine fuel delivered hereunder complies with Regulations 14 and 18 of Annex VI of MARPOL.
The Sulphur content of the grade supplied does not exceed

☐ The Limit value given by regulation 14.1 of MARPOL Annex VI:
☑ The Limit value given by regulation 14.4 of MARPOL Annex VI: or
☐ The purchaser's specified limit value of _____ (% m/m)

Signed _____     Print RICHARD GASKILL

CH. ENG: _____

**MASTER/CHIEF ENGINEER**     DATE: 04-22-20     **SHIP STAMP**

The vessel is responsible for all hose connecting and disconnecting. Barge will lift hose to vessel's rail only. If vessel is unable to take delivery of the full quantity ordered, all expenses in connection with returning the oil to the installation shall be for buyer's account. The vessel's management is invited to appoint a representative to check and witness the opening and closing meter readings or tank dips. Supplier's measurements are final and binding. The vessel's staff in charge of bunkering operations must NOT close valves on board without first giving ample warning to the attendant of the delivering facility. Any instructions from the vessel's staff, such as "ease down" or "stop" will be earned out immediately to avoid excessive pressure on the pipeline, which may cause hose to burst. Prior to bunkering operations, every precaution must be taken to avoid oontamination by oil spillage, such as the placing drip pans, the closing of scruppers, etc. Any oil spillage will automatically be the sole responsibilities of the receiving vessel if this warning is ignored. Any indication of contamination MUST be immediately reported to the relevant authorities by the staff of the delivering facility.

**EXHIBIT 2**



## COMMERCIAL INVOICE

| INVOICE NO: 5595-2253 | INVOICE DATE: 2-SEP-2020 |
|---|---|

| SELLER: | BUYER: |
|---|---|
| **MINERVA BUNKERING (USA) LLC** | **PRAXIS ENERGY AGENTS LLC** |
| 52 VANDERBILT AVENUE, SUITE 1405 | 1725 HUGHES LANDING BLVD, SUITE 890 |
| NEW YORK, NY, 10017, UNITED STATES | THE WOODLANDS, TX, 77380, UNITED STATES |

| MODE OF TRANSPORT: | LOAD: | DELIVERED: | CONTRACT REFERENCE: |
|---|---|---|---|
| VESSEL | CHARLESTON | CHARLESTON | 4719514 |
| DELIVERY: | | | |
| EX WHARF | | | |

| DESCRIPTION | TRANSFER DATE | TRANSPORT NAME | QUANTITY | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| BARGING FEE | 22-Apr-2020 | EVOLUTION | | | USD 8,380.62 |
| MGO 0.1 | 22-Apr-2020 | EVOLUTION | 64.310 MT | 798 USD/MT | USD 51,319.38 |

| TAX | RATE | AMOUNT |
|---|---|---|
| FEDERAL LUST TAX | 30.80% | USD 19.81 |

| | |
|---|---|
| **TOTAL AMOUNT EXCL. TAX** | USD 59,700.00 |
| TOTAL TAX AMOUNT | USD 19.81 |
| **TOTAL AMOUNT DUE TO MINERVA BUNKERING (USA) LLC** | **USD 59,719.81** |
| TOTAL AMOUNT RECEIVED | USD 59,719.81 |
| | ON 22-May-2020 |

| | |
|---|---|
| ACCOUNT NAME | : MINERVA BUNKERING (USA) LLC |
| PAY TO | : BANK OF AMERICA, N.A |
| ACCOUNT NUMBER | : |
| ABA | : |
| SWIFT CODE | : BOFAUS3NXXX |

PLEASE QUOTE OUR REFERENCE IN YOUR PAYMENT INSTRUCTIONS: 5595-2253

**CHASE for BUSINESS**  **EXHIBIT 3**
Printed from Chase for Business

| | |
|---:|:---|
| Pay to | MINERVA BUNKERING USA LLC (...9232) |
| Pay from | Praxis Main Acc |
| Amount | $59,719.81 |
| Send on | May 21, 2020 |
| Deliver by | May 22, 2020 |
| Payment arrives in | 1 business day |
| Addenda | MV EVOLUTION - ICTS_4719514 |
| Status | |
| Submitted by | Administrator, May 21, 2020 3:11:32 PM |
| Last updated by | Not Available, May 22, 2020 7:43:21 AM |
| Chase transaction number | 5250667618 |