# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION
# IN ADMIRALTY

| | |
|---|---|
| Carl Schröter GmbH & Co. KG, ) | |
| ) | Civil Action No.: 2:20-cv-334-RMG |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Smooth Navigation S.A., ) | |
| ) | |
| Defendant. ) | |

## ORDER DISBURSING FUNDS

Before the Court is an amended joint motion and stipulation by the parties for the approval of the disbursement of the remainder of funds from the interlocutory sale of the M/V EVOLUTION, by agreement of the parties, as payment of certain remaining *custodia legis* expenses and *in rem* claims. NOW, having reviewed the Amended Joint Motion (Dkt. No. 171) and finding good cause exists to grant the motion, it is hereby:

ORDERED, that the Amended Joint Motion and Stipulation for Disbursement of Funds Currently held in the Registry of the Court from the Vessel's Sale Proceeds is GRANTED;

IT IS FURTHER ORDERED, that the Clerk of the Court shall disburse the sum of $20,115.00 to the U.S. Marshal Service for the District of South Carolina for the commission due pursuant to 28 U.S.C. § 1921. The funds shall be paid by delivering a check in the amount of $20,115.00, said check payable to "United States Marshal Service." The check shall also include a reference in the memo line as follows: "M/V EVOLUTION, 2:20-cv-334-RMG." Said check shall be sent to the U.S. Marshal Service by mail or delivery to the following address:

U.S. Marshal Service
901 Richland Street, Suite 1300

Columbia, South Carolina 29201
Attn: Sonya Adams

IT IS FURTHER ORDERED, that the Clerk of the Court shall disburse the sum of $8,940.00 to Defendant Smooth Navigation S.A. by delivering a check in the amount of $8,940.00, said check payable to "Hines & Gilsenan LLC, as attorneys" for Defendant Smooth Navigation S.A. and mail or deliver the check to:

Ryan D. Gilsenan, Esq.
Hines & Gilsenan LLC
1535 Hobby Street, Suite 203D
Charleston Navy Yard
North Charleston, South Carolina 29405

IT IS FURTHER ORDERED, that the Clerk of the Court shall disburse the sum of $25,742.56 to Intervening Plaintiff The London Steamship Owners' Mutual Insurance Association by delivering a check in the amount of $25,742.56, said check payable to "Hines & Gilsenan LLC, as attorneys" for Intervening Plaintiff The London Steamship Owners' Mutual Insurance Association and mail or deliver the check to:

Ryan D. Gilsenan, Esq.
Hines & Gilsenan LLC
1535 Hobby Street, Suite 203D
Charleston Navy Yard
North Charleston, South Carolina 29405

IT IS FURTHER ORDERED, that the Clerk of the Court shall disburse the sum of $280,220.37 to Intervening Plaintiff Praxis Energy Agents LLC, by delivering a check in the amount of $280,220.37, said check payable to "Cooper & Bilbrey, P.C., as attorneys" for Intervening Plaintiff Praxis Energy Agents LLC and mail or deliver the check to:

John Hughes Cooper, Esq.
Cooper & Bilbrey, P.C.
1476 Ben Sawyer Blvd., Ste 11
Mount Pleasant, SC 29464

IT IS FURTHER ORDERED, that the Clerk of the Court shall disburse the sum of $47,230.75 to Intervening Plaintiff Stoney Marine International Limited, d/b/a Coleman Supply, by delivering a check in the amount of $47,230.75 said check payable to "Luzuriaga Mims, LLP, as attorneys" for Intervening Plaintiff Stoney Marine International Limited, d/b/a Coleman Supply and mail or deliver the check to:

> W. Chase McNair, Esq.
> Luzuriaga Mims, LLP
> 1156 King Street
> Charleston, South Carolina 29403

IT IS FURTHER ORDERED, that once the Clerk of the Court issues the checks disbursing the remainder of the funds from the Interlocutory Sale, and the Court having been advised by the Parties that there will be no other substantive claims remaining for resolution by the Court, the Parties shall file appropriate Stipulations of Dismissal within fourteen (14) days of the disbursement of the funds. All other pending motions are denied as moot.

**AND IT IS SO ORDERED**

Richard M. Gergel
United States District Judge

June 8, 2022
Charleston, South Carolina