IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | |
|---|---|
| Carl Schröter GmbH & Co. KG, ) | |
| ) | Civil Action No.: 2:20-cv-334-RMG |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Smooth Navigation S.A., ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF VOLUNTARY DISMISSAL

COMES NOW, Plaintiff Carl Schröter GmbH & Co. KG ("**Plaintiff**"), Defendant Smooth Navigation S.A. ("**Smooth**"), Intervening Plaintiff Praxis Energy Agents LLC ("**Praxis**"), Intervening Plaintiff Stoney Marine International Limited, d/b/a Coleman Supply ("**Stoney**"), and Intervening Plaintiff The London Steamship Owners Mutual Insurance Association ("**The Club**") and file this Stipulation of Voluntary Dismissal of this Civil Action.

The M/V EVOLUTION (IMO No. 9122899) was sold on May 19, 2020 and the sale proceeds of $1,340,000 were paid into the registry of the Court. All of the funds from the sale that were in the Registry of the Court have been dispersed. All parties agree and stipulate to the following:

1. Plaintiff's Amended Complaint (ECF 39) is dismissed without prejudice and without costs.
2. Intervening Complaints of Praxis (ECF 46), Stoney (ECF 80), and The Club (ECF 96) are dismissed with prejudice and without costs.

**WE STIPULATE AND CONSENT:**

| | |
|---|---|
| BLUESTEIN LAW FIRM, P.A.<br><br>/s/ S. Scott Bluestein<br>S. Scott Bluestein, Fed. ID No. 6981<br>P.O. Box 22253<br>Charleston, SC 29413<br>1040 eWall Street<br>Mount Pleasant, SC 29464<br>Telephone: (843) 577-3092<br>Facsimile: (843) 577-3093<br>Email: scott@boatinglaw.us<br><br>*Attorney for Plaintiff Carl Schröter GmbH & Co. KG* | HINES & GILSENAN LLC<br><br>/s/ Ryan D. Gilsenan<br>Ryan D. Gilsenan, Fed. ID No. 9837<br>1535 Hobby Street, Suite 203D<br>Charleston Navy Yard<br>North Charleston, South Carolina 29405<br>Tel: 843.847.8003<br>Email: Gilsenan@hinesandgilsenan.com<br><br>Thomas L. Tisdale (Pro Hac Vice)<br>Timothy J. Nast (Pro Hac Vice)<br>Tisdale Law Offices, LLC<br>200 Park Avenue, Suite 1700<br>New York, New York 10166<br>(212) 354-0025<br>Email: ttisdale@tisdale-law.com<br>Email: tnast@tisdale-law.com<br><br>*Counsel for the Defendant Smooth Navigation S.A. and Intervening Plaintiff Intervening Plaintiff The London Steamship Owners' Mutual Insurance Association* |

| | |
|---|---|
| JOHN HUGHES COOPER, P.C.<br><br>By: /s/John Hughes Cooper<br>John Hughes Cooper, Fed. ID No. 298<br>John Townsend Cooper, Fed. ID No. 10172<br>Albert Glen Bilbrey, Jr. Fed. ID No. 12938<br>1476 Ben Sawyer Blvd., Suite 11<br>Mt. Pleasant, South Carolina 29464<br>Tel: (843) 883-9099<br>Email: shiplaw@jhcooper.com<br>Email: jtc@jhcooper.com<br>Email: agbilbrey@jhcooper.com<br><br>Briton P. Sparkman (Pro Hac Vice)<br>Chalos & Co, P.C.<br>55 Hamilton Avenue<br>Oyster Bay, New York 11771<br>Tel: (516) 714-4300<br>Email: bsparkman@chaloslaw.com<br><br>*Attorneys for Intervenor Plaintiff Praxis Energy Agents, LLC* | LUZURIAGA MIMS, LLP<br><br>By: /s/ Elizabeth Luzuriaga<br>Elizabeth B. Luzuriaga, Fed. ID No. 1407<br>W. Chase McNair, Fed. ID No. 11571<br>1156 King Street<br>Charleston, South Carolina 29403<br>Tel: (843) 410-4713<br>Email: eluzuriaga@lmlawllp.com<br>Email: cmcnair@lmlawllp.com<br><br>*Attorneys for Intervenor Plaintiff Stoney Marine International, Limited d/b/a Coleman Supply* |